LORA OVERTON MANN
2033 UNION RD
PHILADELPHIA, MS 39350

STEPHEN MANN
1012 CR 76
CULLMAN, AL 35057

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

ALABAMA DEPT OF REVENU
50 N RIPLEY ST
MONTGOMERY, AL 36104

WOOD CREST APARTMENTS
325 BYRD AVE
PHILADELPHIA, MS 39350

FOURSIGHT CAPITAL
ATTN: BANKRUPTCY
PO BOX 45026
SALT LAKE CITY, UT 84145

M & T BANK
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240

NESHOBA COUNTY AMBULAN
PO BOX 648
PHILADELPHIA, MS 39350

NESHOBA GENERAL HOSPIT
1001 HOLLAND AVE.
PHILADELPHIA, MS 39350

PHILADELPHIA SOUTHERN
1001 HOLLAND AVE
STE 103
PHILADELPHIA, MS 39350

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706