Fill in this information to identify the case:

Debtor 1 __Lora Overton Mann__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __SOUTHERN__ District of __MISSISSIPPI__
(State)

Case number __26-00965-JAW__

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** __Lakeview Loan Servicing LLC__   Court claim no. (if known) __4__

**Last four digits** of any number you __XXXXXX1912__
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice:

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
| --- | --- |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
| --- | --- | --- | --- |
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | 5/4/2026 | (5) | $ 200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. Other. Specify: Initial Plan Review | 4/13/2026 | (11) | $ $50.00 |
| 12. Other. Specify: Final Plan Review | 4/22/2026 | (12) | $ $50.00 |
| 13. Other. Specify: POC 410a History | 5/4/2026 | (13) | $ $50.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Debtor 1     Lora Overton Mann                                    Case number (*if known*)    26-00965-JAW
             First Name   Middle Name   Last Name

| Part 2: | Sign Here |

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    */s/Fanny  Wan*                                             Date    05/13/2026
         Signature

Print:    Fanny                              Wan                 Title    Authorized Agent
          First Name        Middle Name      Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number        Street
          Roswell                   GA            30076
          City                      State         ZIP Code

Contact phone    883-290-7452                     Email    Fanny.Wan@mccalla.com

B 10 (Supplement 2) (12/11)                                   Case:                                              Page  3

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                    )
                                              )    **Case No.** 26-00965-JAW
Lora Overton Mann                             )    **Chapter** 13
                                              )
                                              )    **JUDGE:** Jamie A. Wilson

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $50.00 |
| | 04/13/2026 | Initial Review and Analysis of Schedules, Plan, Docket, Loan Docs | $50.00 | |
| Other | | | | $50.00 |
| | 04/22/2026 | Final Review and Analysis of Schedules, Plan, Docket, Loan Docs | $50.00 | |
| Other | | | | $50.00 |
| | 05/04/2026 | Preparation of the POC 410A History | $50.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $200.00 |
| | 05/04/2026 | Preparation and Filing of Proof of Claim | $200.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                          **$350.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  | |
|---|---|
| In Re: | Bankruptcy Case No.: 26-00965-JAW |
|  | Chapter:            13 |
| Lora Overton Mann | Judge:            Jamie A. Wilson |

### CERTIFICATE OF SERVICE

I, Fanny  Wan, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Lora Overton Mann
2033 Union Rd
Philadelphia, MS 39350

Thomas Carl Rollins, Jr                     *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin                         *(Served via ECF Notification)*
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee                       *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    06/01/2026    By:    */s/Fanny  Wan*
                    (date)                    Fanny  Wan
                                              Authorized Agent for Creditor