**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Lora Overton Mann, Debtor                    Case No. 26-00965-JAW
                                                       CHAPTER 13

**ORDER DISALLOWING POSTPETITION MORTGAGE FEES EXPENSES AND
CHARGES**

THIS MATTER came before the Court on the Motion to Disallow Post-Petition Mortgage Fees (the "Motion") filed by the Debtor(s). The Court, having reviewed the Motion, any responses thereto, the pleadings on file, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all post-petition fees, expenses, and charges asserted by Lakeview Loan Servicing, LLC ("Creditor") pursuant to Federal Rule of Bankruptcy Procedure 3002.1 with respect to the real property located at 1012 CR 76, Cullman, AL 35057 are hereby disallowed.

IT IS FURTHER ORDERED that the Debtor surrendered the subject property through the Chapter 13 Plan and, therefore, the Debtor shall not be responsible for any post-petition mortgage fees, expenses, or charges assessed by Creditor in connection with the surrendered property during the pendency of this bankruptcy case.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR