**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Lora Overton Mann, Debtor                    Case No. 26-00965-JAW
                                                                            CHAPTER 13

**<u>NOTICE</u>**

Debtor has filed a Motion to Disallow Post Petition Mortgage Fees, Expenses and Other Charges with the court.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: June 24, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                                          The Rollins Law Firm, PLLC
                                                          P.O. Box 13767
                                                          Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Lora Overton Mann, Debtor                         Case No. 26-00965-JAW
                                                                      CHAPTER 13

## <u>MOTION TO DISALLOW POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES</u>

COMES NOW, Debtor, by and through counsel, and files this Motion to Disallow Post-Petition Mortgage Fees, Expenses and Charges (Dk # 16) and, in support thereof, would respectfully show unto the Court as follows:

1. Debtor commenced this case on April 7, 2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtor elected to surrender the real property located at 1012 CR 76, Cullman, AL 35057, through the Chapter 13 Plan.

3. Following the filing of the bankruptcy, Lakeview Loan Servicing, LLC ("Creditor") filed post-petition mortgage fees, expenses, and charges.

4. Because the Debtor surrendered the Property and has not sought to retain or cure any default associated with the Property, the post-petition fees, expenses, and charges are unnecessary and provide no benefit to the bankruptcy estate or the Debtor.

5. The Debtor is not maintaining payments on the Property, nor is the Debtor curing any pre-petition arrearage through the Chapter 13 Plan. Accordingly, the post-petition fees and expenses asserted by Creditor are not recoverable from the Debtor through this bankruptcy proceeding.

6. he Debtor objects to the allowance of any post-petition fees, expenses, or charges assessed after the surrender of the Property and requests that such fees be

disallowed pursuant to 11 U.S.C. § 502(b) and Federal Rule of Bankruptcy Procedure 3002.1(e).

WHEREFORE, the Debtor respectfully requests that this Court enter an Order disallowing all post-petition fees, expenses, and charges asserted by Creditor with respect to the surrendered Property, and for such other and further relief as this Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion was forwarded on June 24, 2026, to:

By USPS First Class Mail, Postage Prepaid:

M&T Bank
Bankruptcy Department
P.O. Box 840
Buffalo, NY 14240-0810

By Electronic CM/ECF Notice:

Fanny Wan, Attorney for Creditor

Torri P. Martin

U.S. Trustee


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.