United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 26-00965-JAW

Lora Overton Mann                                                               Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                        User: mssbad                                  Page 1 of 2

Date Rcvd: Jun 24, 2026                     Form ID: n031                              Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lora Overton Mann, 2033 Union Rd, Philadelphia, MS 39350-2530 |
| 5648702 | + | Neshoba County Ambulan, PO Box 648, Philadelphia, MS 39350-0648 |
| 5648703 | + | Neshoba General Hospit, 1001 Holland Ave., Philadelphia, MS 39350-2161 |
| 5648704 | + | Philadelphia Southern, 1001 Holland Ave, Ste 103, Philadelphia, MS 39350-2161 |
| 5648706 | + | Stephen Mann, 1012 CR 76, Cullman, AL 35057-4778 |
| 5648708 | + | Wood Crest Apartments, 325 Byrd Ave, Philadelphia, MS 39350-2520 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5648699 | + | Email/Text: bankruptcy@revenue.alabama.gov | Jun 24 2026 19:36:00 | Alabama Dept of Revenu, 50 N Ripley St, Montgomery, AL 36130-1001 |
| 5648700 | + | Email/Text: OMAbankruptcy@omf.com | Jun 24 2026 19:36:00 | Foursight Capital, Attn: Bankruptcy, Po Box 45026, Salt Lake City, UT 84145-0026 |
| 5650887 | + | Email/Text: OMAbankruptcy@omf.com | Jun 24 2026 19:36:00 | Foursight Capital LLC, PO Box 45026, Salt Lake City, Utah 84145-0026 |
| 5667482 | ^ | MEBN | Jun 24 2026 19:35:44 | Lakeview Loan Servicing LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo NY 14240-0840 |
| 5648701 | | Email/Text: camanagement@mtb.com | Jun 24 2026 19:36:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5665056 | | Email/PDF: cbp@omf.com | Jun 24 2026 19:39:12 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5648705 | + | Email/PDF: cbp@omf.com | Jun 24 2026 19:39:18 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5648707 | | Email/Text: bankruptcycourt@towerloan.com | Jun 24 2026 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5667204 | + | Email/Text: bankruptcycourt@towerloan.com | Jun 24 2026 19:36:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0538-3 | User: mssbad | Page 2 of 2
Date Rcvd: Jun 24, 2026 | Form ID: n031 | Total Noticed: 15

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Lora Overton Mann trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:**  26−00965−JAW
**Chapter:**  13

**In re:**

Lora Overton Mann
aka Lora Ann Mann, aka Lora Ann Overton
Mann
2033 Union Rd
Philadelphia, MS 39350

Notice of Entry of Order Confirming Plan

The Court entered an Order on June 24, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 24, 2026

Danny L. Miller, Clerk of Court