United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                          Case No. 26-00965-JAW

Lora Overton Mann                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2026 | Form ID: pdf012 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lora Overton Mann, 2033 Union Rd, Philadelphia, MS 39350-2530 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5667482 | ^ MEBN | Jul 30 2026 19:36:29 | Lakeview Loan Servicing LLC, M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo NY 14240-0840 |
| 5648701 | Email/Text: camanagement@mtb.com | Jul 30 2026 19:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Lora Overton Mann trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-3                         User: mssbad                              Page 2 of 2
Date Rcvd: Jul 30, 2026                      Form ID: pdf012                           Total Noticed: 3

Torri Parker Martin
                        tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

                        USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 3

_____



SO ORDERED,

Jamie A. Wilson

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Lora Overton Mann, Debtor                    Case No. 26-00965-JAW
                                                                      CHAPTER 13

### ORDER DISALLOWING POSTPETITION MORTGAGE FEES EXPENSES AND CHARGES (Dkt. #19)

THIS MATTER came before the Court on the Motion to Disallow Post-Petition Mortgage Fees (the "Motion") filed by the Debtor(s). The Court, having reviewed the Motion, any responses thereto, the pleadings on file, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all post-petition fees, expenses, and charges asserted by Lakeview Loan Servicing, LLC ("Creditor") pursuant to Federal Rule of Bankruptcy Procedure 3002.1 with respect to the real property located at 1012 CR 76, Cullman, AL 35057 are hereby disallowed.

IT IS FURTHER ORDERED that the Debtor surrendered the subject property through the Chapter 13 Plan and, therefore, the Debtor shall not be responsible for any post-petition mortgage fees, expenses, or charges assessed by Creditor in connection with the surrendered property during the pendency of this bankruptcy case.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR